UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**Sep 19, 2008**

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-315)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 83,427 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Oct 07, 2008**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Page 1 of 3

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                               MDL No. 875

### SCHEDULE CTO-315 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| ~~CAC 2 08-4735~~ | ~~Mary Lou Vidergar, et al. v. Buffalo Pumps, Inc., et al.~~ **Opposed 10/3/08** |
| ~~CAC 2 08-4736~~ | ~~James W. Vaught, et al. v. CBS Corp., et al.~~ **Opposed 10/3/08** |
| ~~CAC 2 08-5156~~ | ~~Martha H. Demko, et al. v. CBS Corp., et al.~~ **Opposed 10/3/08** |
| CAC 2 08-5171 | Lawrence E. Jean v. General Electric Co., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 08-3841 | Monty Zarogoza, et al. v. A.W. Chesterton Co., et al. |
| CAN 3 08-4028 | Loretta Goodenbour, et al. v. A.W. Chesterton Co., et al. |
| CAN 3 08-4070 | Carson Priddy, et al. v. A.W. Chesterton Co., et al. |
| **FLORIDA MIDDLE** | |
| ~~FLM 8 08-1323~~ | ~~Robert Reaser, et al. v. A.W. Chesterton Co., et al.~~ **Opposed 10/3/08** |
| **ILLINOIS NORTHERN** | |
| ~~ILN 1 08-4765~~ | ~~Sandra Carkhuff, etc. v. Foster Wheeler Energy Corp., et al.~~ **Opposed 10/7/08** |
| **INDIANA NORTHERN** | |
| INN 2 07-260 | Barbara Jones, etc. v. General Electric Co., et al. |
| **LOUISIANA WESTERN** | |
| LAW 2 08-1225 | Thomas Stephens v. Union Carbide Corp., et al. |
| **MARYLAND** | |
| ~~MD 1 08-2200~~ | ~~James Rowland Young, et al. v. AC&R Insulation Co., Inc., et al.~~ **Opposed 9/30/08** |
| **MAINE** | |
| ME 2 08-231 | Richard O. Anderson, et al. v. Georgia-Pacific LLC |
| **MINNESOTA** | |
| MN 0 08-4893 | Richard Knowlen v. Burlington Northern & Santa Fe Railway Co. |
| MN 0 08-4987 | Joseph Migliaccio v. Soo Line Railroad Co. |
| MN 0 08-4997 | Robert Boyd, et al. v. Soo Line Railroad Co. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 08-538 | Donald C. Ludwig, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-539 | William A. Gaskey, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-540 | Stanley Lee Myers v. Aqua-Chem, Inc., et al. |
| NCM 1 08-549 | Max R. Caudill, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-550 | Lavaughn E. Lowder, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-551 | James D. Boyte, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-555 | Jimmy Ray Starling, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-556 | Dennis W. Strader, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-557 | Tony Ray Williams, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-572 | Garland Edward Jones v. Aqua-Chem, Inc., et al. |
| NCM 1 08-573 | Larry M. Reid, Sr., et al. v. Aqua-Chem, Inc., et al. |

## MDL No. 875 - Schedule CTO-315 Tag-Along Actions (Continued)

    NCM  1  08-594      Darrell W. Easley, et al. v. Aqua-Chem, Inc., et al.
    NCM  1  08-596      Steven G. Hatley, et al. v. Aqua-Chem, Inc., et al.
    NCM  1  08-597      Willie H. Williams, et al. v. Aqua-Chem, Inc., et al.
    NCM  1  08-609      Randall K. Addis, et al. v. Aqua-Chem, Inc., et al.
    NCM  1  08-610      Larry W. Bentley, et al. v. Aqua-Chem, Inc., et al.

    NORTH CAROLINA WESTERN
    NCW  1  08-373      Sandra S. Morrow, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-379      Bill Reid Costner, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-380      Johnny Charles Barker v. Aqua-Chem, Inc., et al.
    NCW  1  08-381      Eric Logan Nixon v. Aqua-Chem, Inc., et al.
    NCW  1  08-382      Thomas H. Barker, Jr., et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-383      Cleophus P. Blanton, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-385      Buddy Ray Branch, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-386      Robert R. Callahan, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-387      Loy W. Cannon, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-391      Sidney A. Chronister, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-392      Timothy M. Daniels, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-393      Ronnie LeeRoy Dixon v. Aqua-Chem, Inc., et al.
    NCW  1  08-394      Charles M. Garrison, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-396      Clarence L. Herron, Jr., et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-397      Currie T. Johnson, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-398      Henry L. McCarson, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-399      George S. McEntyre, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-400      Tony R. Reep, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-401      Victor R. Richardson, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-402      Jeffery D. Ross, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-403      John G. Burgess, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-407      Sidney L. Davidson, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-408      Thomas Lee Mitchell v. Aqua-Chem, Inc., et al.
    NCW  1  08-409      Robert Lee Floyd, etc. v. Anchor Packing Co., et al.

    NEBRASKA
    NE  8  08-349        Wayne Bergmeyer v. BNSF Railway Co.
    NE  8  08-350        Larry Baker v. BNSF Railway Co.
    NE  8  08-351        Charles Fiala v. BNSF Railway Co.
    NE  8  08-352        Donald Kovar v. BNSF Railway Co.
    NE  8  08-353        Edward Shaw v. BNSF Railway Co.

    NEW YORK EASTERN
    NYE  1  08-2621     Helen Minker, etc. v. A.W. Chesterton Co., et al.

    SOUTH CAROLINA
    SC  0  08-2837     Ralph L. Gladden, Jr. v. Aqua-Chem, Inc., et al.
    SC  0  08-2838     Joe Louis Hicks, et al. v. Aqua-Chem, Inc., et al.
    SC  0  08-2839     Howard G. Davis, et al. v. Aqua-Chem, Inc., et al.
    SC  0  08-2849     Clyde E. McClellan, et al. v. Aqua-Chem, Inc., et al.
    SC  0  08-2850     Claude J. Barnett, et al. v. Aqua-Chem, Inc., et al.
    SC  0  08-2851     Gary Lee Carnes, et al. v. Aqua-Chem, Inc., et al.
    SC  0  08-2853     Jeffrey B. Mendenhall, et al. v. Aqua-Chem, Inc., et al.
    SC  0  08-2854     David Alan Thielbar v. Aqua-Chem, Inc., et al.
    SC  6  08-2776     Michael A. Mills, et al. v. Aqua-Chem, Inc., et al.
    SC  6  08-2834     William H. Burr, et al. v. Aqua-Chem, Inc., et al.

## MDL No. 875 - Schedule CTO-315 Tag-Along Actions (Continued)

```
SC   7   08-2772          Susan P. McDaniel, etc. v. Aqua-Chem, Inc., et al.
SC   7   08-2852          Edward W. Hyatt v. Aqua-Chem, Inc., et al.
SC   8   08-2769          Arthur Robert Kibler v. Aqua-Chem, Inc., et al.
SC   8   08-2771          Robert William Vissage v. Aqua-Chem, Inc., et al.
SC   8   08-2777          Donald J. Butts, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-2779          Joseph H. Campbell, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-2781          Larry Eugene Foster v. Aqua-Chem, Inc., et al.
SC   8   08-2786          Johnnie Peterson, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-2835          Robert E. Cleveland, et al. v. Aqua-Chem, Inc., et al.
SC   8   08-2836          William N. Gardner, Jr., et al. v. Aqua-Chem, Inc., et al.
SC   8   08-2848          Walter Lee Lollis v. Aqua-Chem, Inc., et al.

VIRGINIA EASTERN
 VAE  2  08-9394          Donald D. Butts v. American Standard, Inc., et al.
 VAE  2  08-9395          Eugene J. Callahan v. American Standard, Inc., et al.
 VAE  2  08-9396          John M. Cartwright v. American Standard, Inc., et al.
 VAE  2  08-9397          Walter D. Duffy v. American Standard, Inc., et al.
 VAE  2  08-9398          Jerry L. Hammond v. American Standard, Inc., et al.
 VAE  2  08-9399          William E. Hinton v. American Standard, Inc., et al.
 VAE  2  08-9400          David L. Jennings v. American Standard, Inc., et al.
 VAE  2  08-9401          Norman A. Klass v. American Standard, Inc., et al.
 VAE  2  08-9402          Edward J. Stangl v. American Standard, Inc., et al.
 VAE  2  08-9403          Wilburn D. Stearman v. American Standard, Inc., et al.
 VAE  2  08-9404          Russell E. Torgeson v. American Standard, Inc., et al.
 VAE  2  08-9405          Fred J. Lucero v. American Standard, Inc., et al.
 VAE  2  08-9406          Earnest L. Meador v. American Standard, Inc., et al.
 VAE  2  08-9407          John R. Musser v. American Standard, Inc., et al.
 VAE  2  08-9408          Robert E. Neff v. American Standard, Inc., et al.
 VAE  2  08-9409          Mauricio Pacheco v. American Standard, Inc., et al.
 VAE  2  08-9410          John M. Rielly v. American Standard, Inc., et al.
 VAE  2  08-9411          Joe R. Romero v. American Standard, Inc., et al.
 VAE  2  08-9412          Charles D. Sims v. American Standard, Inc., et al.
 VAE  2  08-9413          Jack D. Billings v. American Standard, Inc., et al.
 VAE  2  08-9414          Dale W. Erickson v. American Standard, Inc., et al.
 VAE  2  08-9415          Don R. Groff v. American Standard, Inc., et al.
 VAE  2  08-9416          Darvin L. Hansen v. American Standard, Inc., et al.
 VAE  2  08-9417          Leo A. Hernandez v. American Standard, Inc., et al.
 VAE  2  08-9418          William P. Marksman v. American Standard, Inc., et al.
 VAE  2  08-9419          Bert A. Olson v. American Standard, Inc., et al.
 VAE  2  08-9420          Manuel Aguilar v. American Standard, Inc., et al.
 VAE  2  08-9421          Russell J. Dahl v. American Standard, Inc., et al.
 VAE  2  08-9422          Aaron W. Edlin v. American Standard, Inc., et al.
 VAE  2  08-9423          Robert L. Patterson v. American Standard, Inc., et al.
 VAE  2  08-9424          John L. Pepin v. American Standard, Inc., et al.
 VAE  2  08-9425          Kenneth E. Pikula v. American Standard, Inc., et al.
 VAE  2  08-9426          William D. Radmer v. American Standard, Inc., et al.
 VAE  2  08-9427          Kenneth A. Russell v. American Standard, Inc., et al.
 VAE  2  08-9428          William H. Monroe, Jr., etc. (Lynwood Bell Angle) v. American Standard, Inc., et
                          al.
 VAE  2  08-9429          William H. Monroe, Jr., etc. (Robert Coz Robles) v. American Standard, Inc.,
                          et al.
 VAE  4  08-3256          Virginia Wine v. 3M Business Products Sales, Inc., et al.
 VAE  4  08-3257          Donald R. Oliver v. 3M Business Products Sales, Inc., et al.
 VAE  4  08-3258          William Earl Goings v. 3M Business Products Sales, Inc., et al.
```