A CERTIFIED TRUE COPY
ATTEST

By Teresa Bishop on Oct 18-3119

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Sep 25: -3119

FILED
CLERK'S OFFICE

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**

MDL No. 875

(SEE ATTACHED SCHEDULE)    8:08cv351

08 OCT 17 PM

**CONDITIONAL TRANSFER ORDER (CTO-315)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 83,422 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 18-3119

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 10-9-08

Page 1 of 3

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)     MDL No. 875

## SCHEDULE CTO-315 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| ~~CAC 2 08-4735~~ | ~~Mary Lou Vidergar, et al. v. Buffalo Pumps, Inc., et al.~~ Opposed 10/3/08 |
| ~~CAC 2 08-4736~~ | ~~James W. Vaught, et al. v. CBS Corp., et al.~~ Opposed 10/3/08 |
| ~~CAC 2 08-5156~~ | ~~Martha H. Demko, et al. v. CBS Corp., et al.~~ Opposed 10/3/08 |
| CAC 2 08-5171 | Lawrence E. Jean v. General Electric Co., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 08-3841 | Monty Zarogoza, et al. v. A.W. Chesterton Co., et al. |
| CAN 3 08-4028 | Loretta Goodenbour, et al. v. A.W. Chesterton Co., et al. |
| CAN 3 08-4070 | Carson Priddy, et al. v. A.W. Chesterton Co., et al. |
| **FLORIDA MIDDLE** | |
| ~~FLM 8 08-1323~~ | ~~Robert Reaser, et al. v. A.W. Chesterton Co., et al.~~ Opposed 10/3/08 |
| **ILLINOIS NORTHERN** | |
| ~~ILN 1 08-4765~~ | ~~Sandra Carkhuff, etc. v. Foster Wheeler Energy Corp., et al.~~ Opposed 10/7/08 |
| **INDIANA NORTHERN** | |
| INN 2 07-260 | Barbara Jones, etc. v. General Electric Co., et al. |
| **LOUISIANA WESTERN** | |
| LAW 2 08-1225 | Thomas Stephens v. Union Carbide Corp., et al. |
| **MARYLAND** | |
| ~~MD 1 08-2200~~ | ~~James Rowland Young, et al. v. AC&R Insulation Co., Inc., et al.~~ Opposed 9/30/08 |
| **MAINE** | |
| ME 2 08-231 | Richard O. Anderson, et al. v. Georgia-Pacific LLC |
| **MINNESOTA** | |
| MN 0 08-4893 | Richard Knowlen v. Burlington Northern & Santa Fe Railway Co. |
| MN 0 08-4987 | Joseph Migliaccio v. Soo Line Railroad Co. |
| MN 0 08-4997 | Robert Boyd, et al. v. Soo Line Railroad Co. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 08-538 | Donald C. Ludwig, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-539 | William A. Gaskey, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-540 | Stanley Lee Myers v. Aqua-Chem, Inc., et al. |
| NCM 1 08-549 | Max R. Caudill, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-550 | Lavaughn E. Lowder, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-551 | James D. Boyte, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-555 | Jimmy Ray Starling, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-556 | Dennis W. Strader, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-557 | Tony Ray Williams, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-572 | Garland Edward Jones v. Aqua-Chem, Inc., et al. |
| NCM 1 08-573 | Larry M. Reid, Sr., et al. v. Aqua-Chem, Inc., et al. |

## MDL No. 875 - Schedule CTO-315 Tag-Along Actions (Continued)

| | |
|---|---|
| NCM 1 08-594 | Darrell W. Easley, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-596 | Steven G. Hatley, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-597 | Willie H. Williams, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-609 | Randall K. Addis, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 08-610 | Larry W. Bentley, et al. v. Aqua-Chem, Inc., et al. |

**NORTH CAROLINA WESTERN**

| | |
|---|---|
| NCW 1 08-373 | Sandra S. Morrow, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-379 | Bill Reid Costner, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-380 | Johnny Charles Barker v. Aqua-Chem, Inc., et al. |
| NCW 1 08-381 | Eric Logan Nixon v. Aqua-Chem, Inc., et al. |
| NCW 1 08-382 | Thomas H. Barker, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-383 | Cleophus P. Blanton, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-385 | Buddy Ray Branch, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-386 | Robert R. Callahan, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-387 | Loy W. Cannon, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-391 | Sidney A. Chronister, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-392 | Timothy M. Daniels, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-393 | Ronnie LeeRoy Dixon v. Aqua-Chem, Inc., et al. |
| NCW 1 08-394 | Charles M. Garrison, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-396 | Clarence L. Herron, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-397 | Currie T. Johnson, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-398 | Henry L. McCarson, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-399 | George S. McEntyre, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-400 | Tony R. Reep, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-401 | Victor R. Richardson, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-402 | Jeffery D. Ross, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-403 | John G. Burgess, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-407 | Sidney L. Davidson, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 08-408 | Thomas Lee Mitchell v. Aqua-Chem, Inc., et al. |
| NCW 1 08-409 | Robert Lee Floyd, etc. v. Anchor Packing Co., et al. |

**NEBRASKA**

| | |
|---|---|
| NE 8 08-349 | Wayne Bergmeyer v. BNSF Railway Co. |
| NE 8 08-350 | Larry Baker v. BNSF Railway Co. |
| NE 8 08-351 | Charles Fiala v. BNSF Railway Co. |
| NE 8 08-352 | Donald Kovar v. BNSF Railway Co. |
| NE 8 08-353 | Edward Shaw v. BNSF Railway Co. |

**NEW YORK EASTERN**

| | |
|---|---|
| NYE 1 08-2621 | Helen Minker, etc. v. A.W. Chesterton Co., et al. |

**SOUTH CAROLINA**

| | |
|---|---|
| SC 0 08-2837 | Ralph L. Gladden, Jr. v. Aqua-Chem, Inc., et al. |
| SC 0 08-2838 | Joe Louis Hicks, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-2839 | Howard G. Davis, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-2849 | Clyde E. McClellan, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-2850 | Claude J. Barnett, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-2851 | Gary Lee Carnes, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-2853 | Jeffrey B. Mendenhall, et al. v. Aqua-Chem, Inc., et al. |
| SC 0 08-2854 | David Alan Thielbar v. Aqua-Chem, Inc., et al. |
| SC 6 08-2776 | Michael A. Mills, et al. v. Aqua-Chem, Inc., et al. |
| SC 6 08-2834 | William H. Burr, et al. v. Aqua-Chem, Inc., et al. |

## MDL No. 875 - Schedule CTO-315 Tag-Along Actions (Continued)

| | | |
|---|---|---|
| SC 7 | 08-2772 | Susan P. McDaniel, etc. v. Aqua-Chem, Inc., et al. |
| SC 7 | 08-2852 | Edward W. Hyatt v. Aqua-Chem, Inc., et al. |
| SC 8 | 08-2769 | Arthur Robert Kibler v. Aqua-Chem, Inc., et al. |
| SC 8 | 08-2771 | Robert William Vissage v. Aqua-Chem, Inc., et al. |
| SC 8 | 08-2777 | Donald J. Butts, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 08-2779 | Joseph H. Campbell, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 08-2781 | Larry Eugene Foster v. Aqua-Chem, Inc., et al. |
| SC 8 | 08-2786 | Johnnie Peterson, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 08-2835 | Robert E. Cleveland, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 08-2836 | William N. Gardner, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC 8 | 08-2848 | Walter Lee Lollis v. Aqua-Chem, Inc., et al. |

### VIRGINIA EASTERN

| | | |
|---|---|---|
| VAE 2 | 08-9394 | Donald D. Butts v. American Standard, Inc., et al. |
| VAE 2 | 08-9395 | Eugene J. Callahan v. American Standard, Inc., et al. |
| VAE 2 | 08-9396 | John M. Cartwright v. American Standard, Inc., et al. |
| VAE 2 | 08-9397 | Walter D. Duffy v. American Standard, Inc., et al. |
| VAE 2 | 08-9398 | Jerry L. Hammond v. American Standard, Inc., et al. |
| VAE 2 | 08-9399 | William E. Hinton v. American Standard, Inc., et al. |
| VAE 2 | 08-9400 | David L. Jennings v. American Standard, Inc., et al. |
| VAE 2 | 08-9401 | Norman A. Klass v. American Standard, Inc., et al. |
| VAE 2 | 08-9402 | Edward J. Stangl v. American Standard, Inc., et al. |
| VAE 2 | 08-9403 | Wilburn D. Stearman v. American Standard, Inc., et al. |
| VAE 2 | 08-9404 | Russell E. Torgeson v. American Standard, Inc., et al. |
| VAE 2 | 08-9405 | Fred J. Lucero v. American Standard, Inc., et al. |
| VAE 2 | 08-9406 | Earnest L. Meador v. American Standard, Inc., et al. |
| VAE 2 | 08-9407 | John R. Musser v. American Standard, Inc., et al. |
| VAE 2 | 08-9408 | Robert E. Neff v. American Standard, Inc., et al. |
| VAE 2 | 08-9409 | Mauricio Pacheco v. American Standard, Inc., et al. |
| VAE 2 | 08-9410 | John M. Rielly v. American Standard, Inc., et al. |
| VAE 2 | 08-9411 | Joe R. Romero v. American Standard, Inc., et al. |
| VAE 2 | 08-9412 | Charles D. Sims v. American Standard, Inc., et al. |
| VAE 2 | 08-9413 | Jack D. Billings v. American Standard, Inc., et al. |
| VAE 2 | 08-9414 | Dale W. Erickson v. American Standard, Inc., et al. |
| VAE 2 | 08-9415 | Don R. Groff v. American Standard, Inc., et al. |
| VAE 2 | 08-9416 | Darvin L. Hansen v. American Standard, Inc., et al. |
| VAE 2 | 08-9417 | Leo A. Hernandez v. American Standard, Inc., et al. |
| VAE 2 | 08-9418 | William P. Marksman v. American Standard, Inc., et al. |
| VAE 2 | 08-9419 | Bert A. Olson v. American Standard, Inc., et al. |
| VAE 2 | 08-9420 | Manuel Aguilar v. American Standard, Inc., et al. |
| VAE 2 | 08-9421 | Russell J. Dahl v. American Standard, Inc., et al. |
| VAE 2 | 08-9422 | Aaron W. Edlin v. American Standard, Inc., et al. |
| VAE 2 | 08-9423 | Robert L. Patterson v. American Standard, Inc., et al. |
| VAE 2 | 08-9424 | John L. Pepin v. American Standard, Inc., et al. |
| VAE 2 | 08-9425 | Kenneth E. Pikula v. American Standard, Inc., et al. |
| VAE 2 | 08-9426 | William D. Radmer v. American Standard, Inc., et al. |
| VAE 2 | 08-9427 | Kenneth A. Russell v. American Standard, Inc., et al. |
| VAE 2 | 08-9428 | William H. Monroe, Jr., etc. (Lynwood Bell Angle) v. American Standard, Inc., et al. |
| VAE 2 | 08-9429 | William H. Monroe, Jr., etc. (Robert Coz Robles) v. American Standard, Inc., et al. |
| VAE 4 | 08-3256 | Virginia Wine v. 3M Business Products Sales, Inc., et al. |
| VAE 4 | 08-3257 | Donald R. Oliver v. 3M Business Products Sales, Inc., et al. |
| VAE 4 | 08-3258 | William Earl Goings v. 3M Business Products Sales, Inc., et al. |